1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    RAUL CERVANTES,                          No.  2:20-CV-02416-DMC-P

12                 Plaintiff,

13          v.                                  <u>ORDER</u>

14    DERRECK J. LEE, et al.,

15                 Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to proceed in forma pauperis.

19    ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C.

20    § 1915(a). The request to proceed in forma pauperis is, therefore, granted.

21          IT IS SO ORDERED.

22    Dated:  December 28, 2020

23                                              _____
                                                DENNIS M. COTA
24                                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                                1