**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL CERVANTES, | No. 2:20-CV-2416-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| DERRECK J. LEE, et al., | |
| Defendants. | |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Plaintiff's "motion for permission to proceed." ECF No. 9. Plaintiff's motion is unclear and does not state what relief Plaintiff seeks. <u>Id.</u> at 1–2. Plaintiff variously discusses contempt, alleged deductions from his prisoner trust fund account by the California Department of Justice, and his attempts to resolve his case. <u>Id.</u> He implies that prison officials have attempted to force him to withdraw a grievance against a correctional officer. <u>Id.</u> at 2. Plaintiff contends that prison officials have retaliated against him for bringing a civil suit. <u>Id.</u> Considering the title of Plaintiff's motion to "proceed" and Plaintiff's complaints of allegedly ongoing misconduct on the part of prison officials and the state Department of Justice, the Court construes Plaintiff's motion as a motion to proceed to trial.

///

///

Plaintiff filed his complaint on December 7, 2020. See ECF No. 1. The Court has not yet screened the complaint as required under 28 U.S.C. § 1915A. The complaint has not been served on any defendant and no discovery has occurred. The Court notes also that Plaintiff did not include a jury demand in his complaint. He may demand a jury trial by following the provisions of Federal Rule of Civil Procedure 38. Irrespective, however, of whether Plaintiff demands a jury trial, the motion is premature. If appropriate, trial will be addressed after service of the complaint and conclusion of discovery.

Plaintiff's motion for a trial date is **DENIED**.

IT IS SO ORDERED.

Dated:  January 13, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2