IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL CERVANTES,<br><br>                Plaintiff,<br><br>        v.<br><br>DERRECK J. LEE, et al.,<br><br>                Defendants. | No.  2:20-CV-2416-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for leave to amend his complaint, which he filed on December 7, 2020. ECF No. 13. Plaintiff's motion "for new evidence to be admitted" is also before the Court. ECF No. 16. The Court construes the latter motion as a further motion to amend. Plaintiff's original complaint is the operative complaint.

Federal Rule of Civil Procedure 15(a) permits a party to amend a pleading once as a matter of course within 21 days after service, or if the pleading is one to which a response is required, 21 days after service of a responsive pleading or motion under Rule 12(b), (e), or (f). Otherwise "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Plaintiff may amend his pleading once as a matter of course at any time before a responsive pleading is served. See Fed. R. Civ. P. 15(a); Dougherty v. City of Covina, 654 F.3d 892, 901 (9th Cir. 2011).

Plaintiff's motions are unnecessary. Plaintiff's complaint has not been served, no responsive pleading has been served, and Plaintiff has not previously amended his complaint. Plaintiff may thus file an amendment complaint *once* as of right. Any further amendments will require leave of Court.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motions to amend (ECFS Nos. 13, 16) are **DENIED** as unnecessary; and

2. Plaintiff may file a first amended complaint within 30 days of service of this order. If Plaintiff does not file an amended complaint within 30 days, this case will proceed on the original complaint.[1]

Dated:  April 8, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has not yet screened Plaintiff's complaint as required under 28 U.S.C. 1915A.