1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   RAUL CERVANTES,                         No.  2:20-CV-2416-TLN-DMC-P

12              Plaintiff,

13       v.                                  ORDER

14   DERRECK J. LEE, et al.,

15              Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42

18   U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 31, to present evidence

19   related to alleged punitive damages.  Plaintiff's motion is denied without prejudice to renewal at a

20   later stage of the proceedings (i.e., in the context of a dispositive motion or at trial).  It is not

21   necessary to present evidence at the pleading stage of the litigation.

22          IT IS SO ORDERED.

23   Dated:  September 12, 2022

24                                           _____
                                             DENNIS M. COTA
25                                           UNITED STATES MAGISTRATE JUDGE

26

27

28

1